**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    DAPC LLC,                                No. C 12-02476  DMR
9              Plaintiff,                     **ORDER FOR REASSIGNMENT TO A**
                                              **UNITED STATES DISTRICT JUDGE**
10        v.
11   JOSE L. RODRIGUEZ, et al.,
12             Defendants.
     _____/
13
14        On May 15, 2012, Defendant Juan Carlos Lopez, appearing pro se, filed a notice of removal
15   and an application to proceed in forma pauperis in this action.  The Court has made several attempts
16   to obtain Defendant's consent or declination to proceed before a United States Magistrate Judge.
17   Because the necessary consents have not been secured, the Clerk of this Court will now randomly
18   reassign this case to a United States District Judge.
19        Any matters presently set before the undersigned Magistrate Judge will be taken off calendar
20   and new dates will be set before the reassigned district judge.
21        **IT IS SO ORDERED.**
22
23   Dated:  July 6, 2012
24                                              _____
25                                              DONNA M. RYU
                                                United States Magistrate Judge
26
27
28